IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. 17 CR 106 JDP |
| JOSHUA DAVIS, | 18 U.S.C. § 2252(a)(4)(B) |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

Between on or about August 28, 2016, and on or about November 14, 2016, in the Western District of Wisconsin and elsewhere, the defendant,

JOSHUA DAVIS,

knowingly accessed with intent to view visual depictions that had been transported using a means or facility of interstate commerce, specifically the internet, and the production of such visual depictions involved the use of minors engaged in sexually explicit conduct, and at least one of the depictions involved a prepubescent minor or a minor who had not attained 12 years of age.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B)).

### FORFEITURE ALLEGATION

As a result of the offense charged in Count 1 of this information, and upon conviction for violating Title 18, United States Code, Section 2252(a)(4)(B), pursuant to Title 18, United States Code, Section 2253, the defendant,

JOSHUA DAVIS,

shall forfeit to the United States his right, title, and interest in:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained, including books and magazines, seized from the defendant's residence; and

(2) any and all property used or intended to be used to commit or to promote the commission of the aforementioned offense, including property specifically described as a generic white and black desktop computer containing a Western Digital 1 TB hard drive, model number WD10EZEX-00M2NA0, serial number WCC3F3KXY82Y.

11-1-17
Date

JEFFREY M. ANDERSON
Acting United States Attorney